IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREAT LAKES INSURANCE, SE, | : | |
|     Plaintiff, | : | No. 22-cv-1654-JMY |
| | : | |
| v. | : | |
| | : | |
| BIG JOE'S ROOFING, LLC, et al., | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of March, 2023, upon consideration of the *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* (ECF No. 31) filed by Third Party Defendant, KRU, Inc. d/b/a Burg Insurance Agency, and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED AS MOOT**, and the Complaint is dismissed without prejudice as set forth in the accompanying memorandum.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge